UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Crim. No. 11-621 |
| LAVERN WEBB WASHINGTON | : | ORDER |

This matter having been opened to the Court on the application of defendant Lavern Webb Washington (by Lorraine Gauli-Rufo, Assistant Federal Public Defender) and with the consent of the United States of America, Paul J. Fishman, United States Attorney (Mark J. McCarren, Assistant U.S. Attorney, appearing) for an order continuing the proceedings and excluding time from computation under the Speedy Trial Act of 1974; and the defendant being aware that she has the right to have the matter brought to trial within 70 days of the date of her appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant having requested and consented to such a continuance, and it appearing that the defendant waives such right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The charges in this case are the result of a lengthy investigation, and the discovery involves a substantial amount of recordings that defense counsel needs additional time to review;

(2) Taking into account the exercise of diligence, therefore, the facts of this case require that defense counsel be permitted a reasonable amount of additional time for effective preparation in this matter;

(3) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any trial of this matter unnecessary; and

(4) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, It is on this __8th__ day of August, 2012

ORDERED THAT the proceedings in this matter shall be continued for the period from August 28, 2012 through on or about October 29, 2012;

IT IS FURTHER ORDERED that motions shall be filed on or about __Sept. 24th__, 2012;

IT IS FURTHER ORDERED that any response from the United States shall be filed on or about __Oct. 8th__, 2012;

IT IS FURTHER ORDERED that any reply shall be filed on or about __Oct. 15th__, 2012;

IT IS FURTHER ORDERED that oral argument in this matter shall be conducted on __Oct. 22nd__, 2012 at __11:00 a.m__;

IT IS FURTHER ORDERED that trial shall commence on or about

_Oct. 29, 2012_, 2012; and

IT IS FURTHER ORDERED that the time period from August 28, 2012 through October 29, 2012 shall be excluded from computing time under the Speedy Trial Act of 1974.

---
HONORABLE JOSE L. LINARES
United States District Judge

I hereby consent to the
entry and form of this Order

Paul J. Fishman
United States Attorney

---
Mark J. McCarren
Assistant U.S. Attorney

---
Lorraine Gauli-Rufo
Counsel for Lavern Webb Washington